**DISMISS; and Opinion Filed November 30, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01271-CV

## IN RE METHODIST HOSPITALS OF DALLAS
## D/B/A METHODIST RICHARDSON MEDICAL CENTER, Relator

**Original Proceeding from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-01349-2016**

## MEMORANDUM OPINION

Before Justices Francis, Fillmore, and Stoddart
Opinion by Justice Fillmore

Before the Court is relator's November 21, 2016 motion to dismiss for mootness in which relator states that the issue raised in this original proceeding has been resolved by a subsequent trial court order and is now moot. We grant the motion, lift the Court's October 26, 2016 order staying the trial court's October 20, 2016 order compelling appellant to respond to plaintiff's interrogatory no. 5, and dismiss this original proceeding. *See* TEX. R. APP. P. 42.1(a).

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

161271F.P05